## Winfield S. Allison, Appellee, v. Louis Sumner, Appellant.

### Gen. No. 23,210.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WELLS M. COOK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 13, 1918.

### Statement of the Case.

Action by Winfield S. Allison, plaintiff, against Louis Sumner, defendant, to recover on defendant's guaranty of certain promissory notes. From a judgment for plaintiff for $1,073.15, defendant appeals.

SMITH, FAKE, LEVINSON & HOFFMAN, for appellant.

ADAMS, CREWS, BOBB & WESCOTT, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

1. BILLS AND NOTES—*when shown guaranty stamped on notes at or before time of signature.* Evidence *held* to sustain the finding that the printed guaranty stamped on the back of certain notes sued on over defendant's signature was placed there at or before the time he signed his name thereto, in an action to recover on the guaranty.

2. BILLS AND NOTES, § 27*—*what constitutes delivery of note.* Delivery of a note by the maker to the payee for the purpose of having the latter secure the guaranty thereon of another party, under an agreement between the parties that the payee would not accept the maker's note without such guaranty, was not a legal delivery of the note as a negotiable instrument, and there was no such delivery until the guaranty was placed thereon and the note again returned to the payee in its completed form .according to the agreement.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

3. BILLS AND NOTES, § 159*—*when consideration for guaranty of note must be shown.* Where a guarantor indorses a note after a legal delivery to the payee is consummated a consideration must be shown, unless it appears that it was agreed between the maker, the payee and the indorser that the latter should guarantee the note.

4. APPEAL AND ERROR, § 1410*—*when finding not disturbed as against weight of evidence.* A finding that there was not such a valid contract of extension of the note sued on as to release defendant as guarantor on the note, *held* not clearly against the weight of the evidence, in an action to recover against the guarantor.

5. BILLS AND NOTES—*when release of guarantor shown.* Evidence *held* insufficient to show a release of defendant as guarantor on the note sued on by reason of a composition of the plaintiff with the maker of the note.